# IN THE UNITED STATES DISTRICT COURT
# FOR THE MDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WALEED EDENS,** | : | CIVIL NO. 1:18-CV-678 |
| | : | |
| Plaintiff | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **MAJOR LORI ANN WHITE, et al.,** | : | |
| | : | |
| Defendants | : | |

## **ORDER**

AND NOW, this 31st day of March, 2020, upon consideration of defendants' motion (Doc. 43) for summary judgment, and in accordance with the memorandum issued this date, it is hereby ORDERED that:

1. The motion (Doc. 43) is GRANTED with respect to the First Amendment access to courts claim against defendants Lori White and Kenneth Berlew.  Entry of judgment is deferred pending further order of court.

2. The motion (Doc. 43) is DENIED with respect to the Eighth Amendment excessive force claim against defendants Steven Gavlick, Robert McCoy, Stephen Robertson, Bradley Scott, and James Gillen.

3. The motion is DENIED with respect to the Eighth Amendment failure to intervene claim against defendant Joesph Zakarauskas.

4. This case will be set for trial at the convenience of the court.

5. The parties shall NOTIFY the court within thirty (30) days of the date of this order if they agree to consent to the jurisdiction of a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c). In an effort to facilitate this process, the Clerk of Court shall FORWARD to counsel for defendants and pro se plaintiff Waleed Edens the court's standard consent form.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania